MICHAEL J. LYONS
(SBN 202284)
michael.lyons@morganlewis.com
AHREN C. HSU-HOFFMAN
(SBN 250469)
ahren.hsu-hoffman@morganlewis.com
EHSUN FORGHANY
(SBN 302984)
ehsun.forghany@morganlewis.com
THOMAS Y. NOLAN
(SBN 312025)
thomas.nolan@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:   650.843.7226
Facsimile:    650.843.4001

*Attorneys for Judgment Creditor*,
GAVRIELI BRANDS LLC

RICHARD W. ESTERKIN
(SBN 70769)
richard.esterkin@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Telephone:   213.612.2500
Facsimile:    213.612.2501

*Attorneys for Judgment Creditor*,
GAVRIELI BRANDS LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVRIELI BRANDS LLC,<br><br>    Creditor,<br><br>v.<br><br>SOTO MASSINI (USA) CORP., and THOMAS PICHLER,<br><br>    Debtors. | CASE NO.: 3:20-MC-01221<br><br>***EX PARTE* APPLICATION AND REQUEST OF JUDGMENT CREDITOR GAVRIELI BRANDS LLC FOR APPEARANCE, EXAMINATION, AND PRODUCTION OF DOCUMENTS OF THIRD-PARTY BIOM LLC**<br><br>D. Del. Case No.: 1-18-cv-00462 |

## I.    INTRODUCTION

Judgment Creditor Gavrieli Brands LLC ("**Gavrieli**") hereby applies for an order scheduling a third-party judgment debtor examination, pursuant to Rule 69, Federal Rules of Civil Procedure, and California Code of Civil Procedure § 708.120, permitting Gavrieli to examine third-party Biom LLC ("**Biom**") for information related to the finances of Judgment Debtors Thomas Pichler and Soto Massini (USA) Corp. (collectively, "**Debtors**") under oath in this Court.  The subject of the examination and production of documents shall concern the information in Biom's custody or control concerning Debtors' property and assets, wherever located, and the means of paying the judgment entered against them.

## II.    PROCEDURAL POSTURE

On October 23, 2020, Gavrieli registered with this Court a foreign judgment. *See* Dkt. 1.  The foreign judgment is a final judgment entered by the United States District Court for the District of Delaware against Debtors for damages in the amount of $2,942,658, attorneys' fees and costs in the amount of $80,309, pre-judgment interest in the amount of $196,414, and post-judgment interest accruing at $203.61 per day.  *Id.* at 2-5.  Debtors are "jointly and severally liable" for the damages and other amounts awarded by this judgment.  *Id.* at 3.

## III.    DISCUSSION

Federal Rule of Civil Procedure 69 prescribes the procedures by which judgments may be enforced in federal courts.  *Hilao v. Estate of Marcos*, 95 F.3d 848, 851 (9th Cir. 1996).  Pursuant to Rule 69(a):

    (1) *Money Judgment; Applicable Procedure.*  A money judgment is enforced by a writ of execution, unless the court directs otherwise.  The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

    (2) *Obtaining Discovery.*  In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record

may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located.

Fed. R. Civ. P. 69(a)(1)-(2).

Under California law, judgment debtor proceedings "permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to discovery property and apply it toward the satisfaction of the money judgment." *Imperial Bank v. Pim Elec., Inc.*, 33 Cal. App. 4th 540, 546-47 (1995); *see also* Cal. Civ. Proc. Code §§ 708.110-708.205. The assets of the judgment debtor are all subject to enforcement. Cal. Civ. Proc. Code § 695.010(a).

California Code of Civil Procedure § 708.120, in relevant part, provides that:

(a) Upon ex parte application by a judgment creditor who has a money judgment and proof by the judgment creditor by affidavit or otherwise to the satisfaction of the proper court that a third person has possession or control of property in which the judgment debtor has an interest or is indebted to the judgment debtor in an amount exceeding two hundred fifty dollars ($250), the court shall make an order directing the third person to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to answer concerning such property or debt. The affidavit in support of the judgment creditor's application may be based on the affiant's information and belief.

\* \* \*

(e) An order made pursuant to subdivision (a) shall contain the following statements in 14-point boldface type if printed or in capital letters if typed:

(1) "NOTICE TO PERSON SERVED. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding."

(2) "NOTICE TO JUDGMENT DEBTOR. The person in

> whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: (Description of property or debt).
>
> If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and personally serve a copy on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for this examination to establish your claim of exemption or your exemption may be waived."

Cal. Civ. Proc. Code § 708.120.

The California state law requirements for an *ex parte* examination of Biom are satisfied because Biom is "a third person [that] has possession or control of property in which [Debtor Thomas Pichler and Debtor Soto Massini] has an interest or is indebted to the judgment debtor in an amount exceeding two hundred fifty dollars ($250)." *See* Cal. Civ. Proc. Code § 708.120(a).

Debtor Pichler is the founder of Biom and, according to Biom's latest corporate filing, is still one of the company's members. *See* Lyons Decl., Ex. A (Biom's Oct. 14, 2020 Statement of Information). Biom is in the business of selling orthotic inserts for shoes under the "Orthera" brand, and these inserts range in price from $34.99 to $69.99 per pair and are available on Costco.com. *Id.*, Ex. B (Orthera.com "shop all" and "contact us" webpages), Ex. C (Costco.com product webpage for Orthera inserts). Therefore, it is likely that Pichler's interest in Biom as a member of Biom exceeds $250 and, as a result, Pichler is entitled to distributions from Biom in excess of $250.

In addition, Biom is likely in possession of property, including money, in which Debtor Soto Massini has an interest. On information and belief, Debtor Soto Massini transferred sums of money in excess of $250 to Biom after the litigation resulting in

Gavrieli's judgment commenced, and Debtor Soto Massini has a right to the return of some or all of those funds. *Id.*, ¶ 5. Therefore, it is likely that Debtor Soto Massini Biom is entitled to recover the monies transferred to Biom.

This Court has the authority to order an examination of Biom because the judgment has already been registered with this Court. *See* Dkt. 1; Cal. Civ. Proc. Code § 708.160(a) ("Except as otherwise provided in this section, the proper court for examination of a person under this article is the court in which the money judgment is entered."). Because Biom is a limited liability company, the Court can and should order Biom to designate and produce a representative who is knowledgeable about Debtors' property for examination. *See* Cal. Civ. Proc. Code §§ 708.150(a) ("If a corporation . . . or other organization is served with an order to appear for an examination, it shall designate to appear and be examined one or more officers, directors, managing agents, or other persons who are familiar with its property and debts."), 708.150(d) ("A corporation . . . other organization, whether or not a party, may appear at an examination through any authorized officer, director, or employee, whether or not the person is an attorney.").

Because Gavrieli's application sets forth the showing required by Federal Rule of Civil Procedure 69(a)(2) and the applicable provisions of the California Code of Civil Procedure §§ 708.120 and 708.160, Gavrieli respectfully requests the Court to order Biom to produce a representative who is knowledgeable about Debtors' property for examination.

It is further requested that the order require third-party Biom to produce, at least one week prior to the scheduled examination, to Gavrieli's counsel, Michael J. Lyons 1400 Page Mill Road, Palo Alto, CA 94304, the following documents. *See, e.g., Google LLC v. Max Sound Corp.*, No. 18-MC-0516/18-CV-02815, Dkt. 4 (S.D.C.A. May 11, 2018) (Magistrate Judge Gallo) (*ex parte* order requiring production of documents prior to a debtor's examination):

## DOCUMENT REQUESTS

For purposes of these requests, "Debtor" means Thomas Pichler and/or Soto Massini (USA) Corp. and "Debtor's Family" means Thomas Pichler's spouse, ex-spouse, and children.

1.      Copies of Biom's original operating agreement and any amendments or restatements of that agreement.

2.      Any and all documents referring or relating to, or reflecting any capital contributions to Biom.

3.      Any and all document referring or relating to, or reflecting, any loans to Biom by Debtor or any of Debtor's Family members.

4.      Any and all documents referring or relating to, or reflecting, any loans to Debtor or Debtor's Family members, or any of them, by Biom.

5.      Any and all documents referring or relating to, or reflecting, any transfers of any interest in Biom.

6.      Any and all documents referring or relating to, or reflecting, any distributions to the members of Biom including, without limitation, copies of any Internal Revenue Service Schedules K-1 prepared for Biom's members.

7.      Any and all documents referring or relating to, or reflecting, any employment agreements between Biom and Debtor or any members of Debtor's Family.

8.      Any and all documents referring or relating to, or reflecting, any salaries paid to Debtor or any of Debtor's Family including, but not limited Internal Revenue Service Forms W-2.

9.      Any and all documents referring or relating to, or reflecting, any monies owed by Biom to Debtor or Debtor's Family, or any of them.

10.      Any and all Biom financial statements including, without limitation, balance sheets, profit and loss statements, income statements and statements of cash flows for the period January 1, 2018 through the present.

## IV.   CONCLUSION

It is respectfully requested that this Court issue an order requiring Biom to produce a representative appear on December 14, 2020 at 10:00 a.m. in the U.S. District Court, Southern District of California, in Jury Assembly Room 230 at 333 West Broadway, 2nd Floor, San Diego, California 92101, or at a time and in a manner mutually agreeable to Gavrieli and Biom, to furnish information to aid in enforcement of a money judgment by answering questions about the Debtors' property (including Debtor Pichler's interests in Biom as a founder and member, distributions from Biom, and capital contributions to Biom, and Debtor Soto Massini's interest in money transferred to Biom), and to produce documents responsive to the categories identified above at least one week before the examination.

Dated:  November 13, 2020

Respectfully submitted,

  /s/ Michael J. Lyons

MICHAEL J. LYONS
michael.lyons@morganlewis.com
AHREN C. HSU-HOFFMAN
ahren.hsu-hoffman@morganlewis.com
EHSUN FORGHANY
ehsun.forghany@morganlewis.com
THOMAS Y. NOLAN
thomas.nolan@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:     650.843.7226
Facsimile:      650.843.4001

RICHARD W. ESTERKIN
richard.esterkin@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Telephone:     213.612.2500
Facsimile:      213.612.2501

*Attorneys for Judgment Creditor,*
GAVRIELI BRANDS LLC